UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON PICKENS,

    Plaintiff,    Case No. 15-cv-10498
        Hon. Matthew F. Leitman

vs.

ASSET ACCEPTANCE, LLC,

    Defendant.
_____/

## STIPULATION TO DISMISS
## ASSET ACCEPTANCE LLC WITH PREJUDICE

The parties to this stipulation agree that all claims against ASSET ACCEPTANCE, LLC should be dismissed with prejudice and without costs, sanctions, or attorneys fees.

Stipulated to by:

By:   s/ Adam G. Taub_____      By:   s/Theodore W Seitz
       Adam G. Taub (P48703)               Theodore W Seitz
       ADAM G. TAUB & ASSOCIATES     Attorney for ASSET
       CONSUMER LAW GROUP, PLC       ACCEPTANCE LLC
       Attorney for Sharon Pickens           201 Townsend Street  Ste 900
       17200 West Ten Mile Rd, Ste 200    Lansing, MI 48933
       Southfield, MI 48075                   (517) 374-9149
       (248) 746-3790                         tseitz@dykema.com
       adamgtaub@clgplc.net

Dated: April 30, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON PICKENS,

    Plaintiff,                                    Case No. 15-cv-10498
                                                  Hon. Matthew F. Leitman

vs.

ASSET ACCEPTANCE, LLC,

    Defendant.
_____/

## ORDER DISMISSING
## ASSET ACCEPTANCE LLC WITH PREJUDICE

Based on the stipulation of the parties, ASSET ACCEPTANCE LLC is hereby dismissed with prejudice and without costs, sanctions, or attorneys fees.

**IT IS SO ORDERED**.

                                                    /s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    United States District Judge

Dated: April 30, 2015